US District Courts

Plantiff
Erica Speed
Vs

Defendant
Teva pharmaceutical
&
Teikoku pharm USA

Case Number: ~~1818~~ 1:18CV-03117

Judge Kendall
Jury Trial Demand

FILED
AUG 1 6 2018
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

2018 AUG 16 PM 4:20

Amended Complaint

Plantiff Erica Speed, Pro Se for her amended complaint states as follows.

Erica Speed
8/16/2018

Amended

① Introduction Jurisdiction

② This Court has Jurisdiction 28 U.S.C 31332. Plantiff is a Citizen of Illinois. Teikoku pharma USA and Teixa pharmaceutical industries LTD. are not incorperated in Illinois Nor does either of them have principal place of buisness in Illinois.

③ the matter is controversy exceeds the sum of value of $75,000, exclusive of interest and costs.

④ Venue is proper in this Juridiction district under 28 U.S.C. 31391 in which a substential part of the events or omissions giving vise to the claims accured.

Amended 1:18-cv-03117

5) Plantiff was married to MacArthur Davis. Davis was 49 yrs. old of age, Davis died in Chicago Illinois.

6) Teikoku pharm USA ("Tp") manufactured a pharmaceutical given by Sinai hospital to Davis, Manufacture located in Cinncnatti with Teva pharmaceutical industries.

7) Teva pharmaceutical industries LTd is in combination with Tp, manufatured the

8) Plantiff Suffered damages including loss of ~~companionship~~ congionship, emotional distress and Sufficant
   claim - Count I

9) Plantiff restates pargraph 1-8 Above.

10) Tp a/ Tp 1 owed a duty to davis and the public to distribute safe drugs.

11) Tp a/ Tp 1 breached their aforsaid duties by allowing into commerce an unsafe drug administered to Davis, Lidocaine.

(12) As a direct and proximate causes of the aforesaid breaches of duties Davis died has caused plantiff the aforesaid damages.

(13) plantiff suffered damages including the loss of companionship, loss of consortium, emotional distress and finacial support.

(14) TP is liable to plantiff in the aforesaid damages. TP caused damages by manufacting and distributing an unsafe drug lidocaine

Claim - Count II

(15) Plantiff alleges person 1-14 above. and count I.

(16) TP.L is liable to plantiff for the foresaid damages.

(17) TRi caused the damages by manufating and distributing an usafe drug lidocaine

(18)

Husband ( MacArthur Davis became fatally injured due to negligence in addition to severe emotional trauma caused by sudden death of my husband there are other factors that weigh heavily on the shoulders of our dependents if an injustice has occurred by facts, grief may be prolonged and other expenses.

The Teva and Teikoku pharm Product (and) distributed and damages with NO side effects of fatal risk specified onto labels.

Statement Claim ( Amended )

Sign: Erica Speed
08-16-2018

US District Courts.

Amended

No case filed under any Courts No ongoing lawsuit cases filed by Plantiff.

Erica Speed
8/16/2018

Amended
P. 6
1:18-CV-03117

Judgment in plaintiff's favor and against the defendants jointly and severally for compensatory damages, punitive damages, and plaintiff's costs of this action, and such other and further relief the Court considers proper.

Date 8/16/18

Pl ES, Pro se

Emma Speed
address
phone #

JURY TRIAL DEMANDED